United States District Court
Southern District of Texas
**ENTERED**
November 10, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.                                                              Cr. No. H-16-197

**ROLANDO DANIEL GARCIA-HERNANDEZ**

**ORDER**

The Court grants the Defendant's Unopposed Motion for Correction of Judgment.

An amended judgment shall be entered which omits any reference to the defendant's previous conviction of an aggravated felony, but which is otherwise unchanged.

Signed at Houston, Texas, this __10th__ day of November 2022.

_____
Sim Lake
Senior United States District Judge